IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | COMPLAINT |
| HOBSON AIR CONDITIONING, INC., | ) ) ) ) | |
| Defendant. | ) ) | JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct the unlawful employment practices on the basis of sex and to provide relief to Misty Kratky. The Commission alleges that Defendant Hobson Air Conditioning, Inc. (hereafter "Defendant"), violated Title VII by subjecting Misty Kratky to a sexually hostile work environment based upon her sex, female, and constructively discharging her from her employment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §451, 1331, 1337, 1343, 1345. This action is authorized and instituted pursuant to Section 706(1)(f) and (3) of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. §2000e-5(f) (1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of

Texas.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission of (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII of the Civil Rights Act of 1964, as amended and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been and is now doing business in the State of Texas and the Cities of Weatherford, Kennedale, and Lewisville, and has continuously had at least fifteen employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000e-(b), (g) and (h).

## STATEMENTS OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Misty Kratky filed a charge with the Commission alleging violations of Title VII of the Civil Rights Act of 1964, as amended, by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least December 2007, the Defendant has engaged in unlawful employment practices at its Kennedale, Texas facility in violation of Section 703(a) (1) of Title VII, 42 U.S.C. §2000e-2(a)(1) by subjecting Misty Kratky to a sexually hostile work environment based upon her sex, and constructively discharging her from her employment. The EEOC alleges that Michael Wade Turner, the Install Manager at Defendant's Kennedale, Texas facility, began subjecting Kratky to unwelcome sexual conduct shortly after she started working

in December 2007. The EEOC alleges that the unwelcome sexual conduct occurred throughout Kratky's employment with Defendant and included, but was not limited to, incidents where Turner made unwanted sexual comments, requested performance of sexual favors, and exposed himself to her. Kratky objected to Turner's unwelcome sexual conduct, but he ignored her requests. Defendant is liable because it was on notice of the harassment through Kratky's complaints to management, yet no action was taken sufficient to stop the unwelcome sexual behavior or to discipline Turner. Because of the continuing unwanted sexual conduct and management's failure to stop the harassment, Kratky was forced to resign her job.

8. The result of the foregoing practices has been to deprive Misty Kratky of equal employment opportunities because of her sex.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Misty Kratky.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining the Defendant, its officers, successors, assigns, and all person in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex, or which facilitates, condones or encourages employees to create a sexually hostile environment.

B. Order the Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for Misty Kratky and eradicate the effects of

its past and present unlawful unemployment practices.

       C.      Order the Defendant to make whole Misty Kratky by providing appropriate back pay with prejudgment interest in amounts to be determined at trial, front pay and pecuniary damages, including out-of-pocket expenses, and other affirmative relief necessary to eradicate the effects of the Defendant's unlawful employment practices, including but not limited to, rightful place reinstatement under terms and conditions which will permit Kratky to work free from discrimination.

       D.      Order the Defendant to make Misty Kratky whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including but not limited to, pain and suffering, humiliation, embarrassment, emotional distress, anxiety, and loss often enjoyment of life, in amounts to be determined at trial.

       E.      Order the Defendant to pay Misty Kratky punitive damages for its malicious conduct or reckless indifference described in paragraphs 7 through 10 above, in an amount to be determined at trial.

       F.      Grant such further relief as the Court deems necessary and proper in the public interest.

       G.      Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

    Respectfully submitted,

    JAMES LEE
    Deputy General Counsel

    GWENDOLYN Y. REAMS
    Associate General Counsel

    /s/ Robert A. Canino
    ROBERT A. CANINO
    Regional Attorney
    Oklahoma State Bar No. 011782

    /s/ Toby W. Costas
    TOBY W. COSTAS
    Supervisory Trial Attorney
    Texas State Bar No. 04855720

    /s/ Devika Seth
    DEVIKA SETH
    Senior Trial Attorney
    District of Columbia Bar No. 975161

    EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
    Dallas District Office
    207 Houston Street, 3rd Floor
    Dallas, Texas  75202
    (TEL) (214) 253-2764
    (FAX) (214) 253-2749